No. 356. BYNUM ET AL. *v.* FIRESTONE TIRE & RUBBER Co. November 8, 1943. Petition for writ of certiorari to the Court of Appeals of Tennessee denied. *Mr. William M. Hall* for petitioners. *Messrs. Earl King* and *Luther Day* for respondent. See 177 S. W. 2d 20.

No. 361. SIKICH ET AL. *v.* SPRINGMANN, TRUSTEE. November 8, 1943. Petition for writ of certiorari to the Supreme Court of Indiana denied. *Mr. Oscar B. Thiel* for petitioners. *Messrs. George W. Hulbert* and *Oscar C. Strom* for respondent.

No. 386. ROWE *v.* COLPOYS, U. S. MARSHAL, ET AL. November 8, 1943. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Rossa F. Downing* and *Walter E. McNamara* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Alvin J. Rockwell* and *Hubert H. Margolies* for John B. Colpoys, U. S. Marshal, respondent.

No. 389. NEAL ET AL. *v.* FLORIDA ET AL. November 8, 1943. Petition for writ of certiorari to the Supreme Court of Florida denied. *Mr. Hugh Akerman* for petitioners. *Messrs. J. Tom Watson,* Attorney General of Florida, and *Lewis W. Petteway,* Assistant Attorney General, for respondents.

No. 397. NEW YORK GREAT ATLANTIC & PACIFIC TEA Co. ET AL. *v.* UNITED STATES. November 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Caruthers Ewing* and *Geo. S. Wright* for petitioners. *Solicitor General*